IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DORAINE LOUISE HOLMES, | § | |
| Individually and as Personal | § | |
| Representatives of the Estate of Robert | § | |
| Wheeler Holmes, Deceased, et al., | § | |
| | § | Civil No. 3:24-CV-3189-K |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| UNITEDHEALTCARE INSURANCE | § | |
| COMPANY, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (*See* Dkt. No. 54.)   Objections were filed by Plaintiffs. (*See* Dkt. No. 64.) The District Judge reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiffs' Objections are **OVERRULED.**

Defendant UnitedHealthcare Insurance Company's motion to dismiss (Dkt. No. 42) is **GRANTED**, as follows:

Plaintiffs' claims against UnitedHealthcare Insurance Company related to coverage under a Medicare Advantage plan are **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 12(b)(1), for failure to exhaust administrative remedies and because those claims are preempted by the Medicare Act.

All other claims against UnitedHealthcare Insurance Company are **DISMISSED WITH PREJUDICE**, pursuant to Rule 12(b)6), for failure to timely file claims under the applicable statutes of limitations, and for failure to state a claim.

Defendant Texas Health Harris Methodist Hospital Hurst-Euless-Bedford's motion to dismiss (Dkt. No. 40), Defendant Ascension Providence Hospital of Waco's motion to dismiss (Dkt. No. 41); and Defendant Autumn Leaves Nursing Home, LCS's motion to dismiss (Dkt. No. 43) are **GRANTED**, and all of Plaintiffs' claims as to these Defendants are **DISMISSED WITH PREJUDICE**, pursuant to Rule 12(b)(6), for failure to timely file claims under the applicable statutes of limitations, and for failure to state a claim.

SO ORDERED.

Signed March 18th, 2026.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

2